

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2020

No. 04-19-00884-CV

**IN THE INTEREST OF L.D.L., A CHILD**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02856
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's brief was due February 3, 2020. On February 10, 2020, appellant filed a motion for extension of time to file the brief. We grant the motion order Joe K. Bohac, appellant's court-appointed appellate attorney, to file the brief by **February 24, 2020**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court